

PLEASE REPLY TO:
LONG ISLAND OFFICE
53 GIBSON STREET
BAY SHORE, NY 11706
Tel: (631) 969-3100

March 5, 2013

Chambers of the Hon. Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY  10601-5008

    Re:    Joseph Ajala and Abigail Ajala
            Case No.: 12-23645-rdd
            Our File No.: 01-049832-B01

Dear Judge Drain:

This firm represents MidFirst Bank, a secured creditor regarding the above-referenced loss mitigation matter.  Please allow this letter to serve as a status update.

We have been advised by Mid First Bank that the Debtors do not qualify for any available retention options for an FHA loan at this time.  The Debtors were reviewed for several programs and we suggest that a conference call take place between the parties to review the denial.

In light of the foregoing, our office, on behalf of MidFirst Bank will be requesting termination of the loss mitigation.

Very truly yours,
Frenkel Lambert Weiss Weisman & Gordon, LLP

BY:   /s/ Lisa Milas
       Lisa Milas, Esq.
       Counsel to Secured Creditor, MidFirst Bank

cc:    Joseph Ajala and Abigail Ajala, Debtors
        Nicola McCusker, Esq., Counsel for the Debtors

NYC Office:
61 Broadway, Suite 2020
New York, NY 10006-2700
Tel: (212) 344-3100

NJ Office:
80 Main Street
West Orange, NJ 07052
Tel: (973) 325-8800

WWW.FLWLAW.COM